# Expected Difference in Earnings
# Samuel Biers

Prepared at the Request of

Bob Ekstrand, Esq.
Ekstrand & Ekstrand
110 Swift Ave., 2nd Floor
Durham, NC 27705


Prepared by

Gary R. Albrecht, Ph.D.
Albrecht Economics, Inc.
1817 Georgia Ave.
Winston-Salem, NC 27104


January 28, 2016

Attachment No. 2

# Expected Difference in Earnings
# Samuel Biers

**Summary:**

Mr. Biers discontinued employment as a magistrate on May 31, 2011. Mr. Biers reports that he has been employed sporadically since his employment as a magistrate ended. The purpose of this report is to calculate the present value of the expected difference in Mr. Biers's earnings as a result of the change in employment status.

The present value of the difference in past earnings (back pay) is $287,042. (The date used to demarcate back pay and front pay is August 3, 2016). The present value of the difference in future earnings (front pay) is $1,272,406 for a total present value of difference in earnings of **$1,559,449**. (Due to rounding to the nearest dollar the sums shown may not agree with the components shown throughout this report.)

**Information reviewed includes:**

A questionnaire concerning Mr. Biers;
Mr. Biers's W-2 and 1040 for 2013;
State of North Carolina *2015 Compensation & Benefits Report*;
State Human Resources Manual concerning longevity pay;
State of North Carolina Article 16 concerning magistrates' pay;
State of North Carolina *Benefits Eligibility*; and,
Interest rates on Treasury Inflation Protected Securities from the Federal Reserve website.

In addition, I have spoken with Mr. Biers.

The amounts calculated in this report do not include the value of any intangible losses that may have occurred such as a diminished ability to enjoy life, emotional distress or mental anguish.

**Difference in Earnings:**

Tables 1, 2 and 3 contain the calculations. Mr. Biers discontinued working as a magistrate when he was 43.83 years of age. The amounts in *Anticipated Earnings as Magistrate* are based upon: Mr. Biers's report of his wages at the time he discontinued working; State of North Carolina Article 16 concerning magistrates' pay; and, State Human Resources Manual concerning longevity pay.

Benefits of 34.91 percent of wages are added to wages to arrive at earnings. The percentage is from the State of North Carolina *2015 Compensation & Benefits Report*.

The amount entered for age 43 is less as it is for .17 of a year. Mr. Biers reports that he intended to work to age 70.

The entries in the column *Actual and Expected Earnings Given Current Situation* reflect Mr. Biers's actual earnings based upon the tax information and amounts reported by Mr. Biers.

The *Difference in Earnings* is *Anticipated Earnings as Magistrate* less *Actual and Expected Earnings Given Current Situation*.

**Present Value of Difference in Earnings:**

The sum of *Difference in Earnings (No Future Inflation)* in Table 2 is $1,656,082. Using an inflation rate of 3.00 % I calculated the series *Difference in Earnings (Inflation)* in Table 3. The sum of *Difference in Earnings (Inflation)* is $1,821,528. The amount required to provide the stream was calculated using a real interest rate in the no-inflation and inflation situations. (The U.S. Supreme Court suggests using a real rate.) The real rate is derived from the interest rates on Treasury Inflation Protected Securities as reported on the Federal Reserve website. The real rate used is .65 percent. The rate of inflation does not affect the present value required for compensation given the real rate (see Albrecht and Krueger, *The Earnings Analyst* and Albrecht and Moorhouse, *Journal of Forensic Economics*), which fact is recognized by the U.S. Supreme Court.

The *Present Value of Difference in Earnings* is **$1,559,449** in both the inflation and no-inflation situations.

**Conclusion:**

The total present value of difference in Mr. Biers's anticipated earnings as a magistrate and anticipated earnings given his current situation is **$1,559,449**.

Gary R. Albrecht, Ph.D.

(Table 1)

# Difference in Earnings
# (No Future Inflation)

| Age | Anticipated Earnings as Magistrate | Actual and Expected Earnings Given Current Situation | Difference in Earnings | Cumulative Difference in Earnings |
|---|---|---|---|---|
| 43 | 7,487 | 0 | 7,487 | 7,487 |
| 44 | 58,686 | 0 | 58,686 | 66,173 |
| 45 | 60,036 | 5,700 | 54,336 | 120,508 |
| 46 | 61,416 | 8,861 | 52,555 | 173,064 |
| 47 | 62,829 | 8,500 | 54,329 | 227,393 |
| 48 | 64,150 | 4,500 | 59,650 | 287,042 |
|    | 314,603 | 27,561 | 287,042 | |
| 49 | 64,150 | 8,500 | 55,650 | 342,692 |
| 50 | 64,150 | 8,500 | 55,650 | 398,342 |
| 51 | 64,150 | 8,500 | 55,650 | 453,992 |
| 52 | 70,099 | 8,500 | 61,599 | 515,591 |
| 53 | 70,099 | 8,500 | 61,599 | 577,190 |
| 54 | 70,099 | 8,500 | 61,599 | 638,789 |
| 55 | 70,099 | 8,500 | 61,599 | 700,389 |
| 56 | 76,764 | 8,500 | 68,264 | 768,652 |
| 57 | 76,764 | 8,500 | 68,264 | 836,916 |
| 58 | 76,764 | 8,500 | 68,264 | 905,180 |
| 59 | 76,764 | 8,500 | 68,264 | 973,444 |
| 60 | 76,764 | 8,500 | 68,264 | 1,041,707 |
| 61 | 76,764 | 8,500 | 68,264 | 1,109,971 |
| 62 | 76,764 | 8,500 | 68,264 | 1,178,235 |
| 63 | 76,764 | 8,500 | 68,264 | 1,246,499 |
| 64 | 76,764 | 8,500 | 68,264 | 1,314,763 |
| 65 | 76,764 | 8,500 | 68,264 | 1,383,026 |
| 66 | 76,764 | 8,500 | 68,264 | 1,451,290 |
| 67 | 76,764 | 8,500 | 68,264 | 1,519,554 |
| 68 | 76,764 | 8,500 | 68,264 | 1,587,818 |
| 69 | 76,764 | 8,500 | 68,264 | 1,656,082 |
|    | 1,547,539 | 178,500 | 1,369,039 | |
|    | 1,862,143 | 206,061 | 1,656,082 | |

(Table 2)

# Present Value of Difference in Earnings (No Future Inflation)

| Age | Difference in Earnings (No Future Inflation) | Real Discount Factor | Present Value of Difference in Earnings | Cumulative Present Value of Difference in Earnings |
|---|---|---|---|---|
| 43 | 7,487 | 1.00000 | 7,487 | 7,487 |
| 44 | 58,686 | 1.00000 | 58,686 | 66,173 |
| 45 | 54,336 | 1.00000 | 54,336 | 120,508 |
| 46 | 52,555 | 1.00000 | 52,555 | 173,064 |
| 47 | 54,329 | 1.00000 | 54,329 | 227,393 |
| 48 | 59,650 | 1.00000 | 59,650 | 287,042 |
|    | 287,042 |          | 287,042 |  |
| 49 | 55,650 | 0.99351 | 55,288 | 342,331 |
| 50 | 55,650 | 0.98706 | 54,930 | 397,261 |
| 51 | 55,650 | 0.98065 | 54,573 | 451,834 |
| 52 | 61,599 | 0.97429 | 60,015 | 511,849 |
| 53 | 61,599 | 0.96796 | 59,626 | 571,475 |
| 54 | 61,599 | 0.96168 | 59,239 | 630,714 |
| 55 | 61,599 | 0.95544 | 58,854 | 689,568 |
| 56 | 68,264 | 0.94924 | 64,799 | 754,366 |
| 57 | 68,264 | 0.94308 | 64,378 | 818,744 |
| 58 | 68,264 | 0.93695 | 63,960 | 882,704 |
| 59 | 68,264 | 0.93087 | 63,545 | 946,249 |
| 60 | 68,264 | 0.92483 | 63,132 | 1,009,382 |
| 61 | 68,264 | 0.91883 | 62,723 | 1,072,104 |
| 62 | 68,264 | 0.91286 | 62,316 | 1,134,420 |
| 63 | 68,264 | 0.90694 | 61,911 | 1,196,331 |
| 64 | 68,264 | 0.90105 | 61,509 | 1,257,840 |
| 65 | 68,264 | 0.89520 | 61,110 | 1,318,950 |
| 66 | 68,264 | 0.88939 | 60,713 | 1,379,663 |
| 67 | 68,264 | 0.88362 | 60,319 | 1,439,982 |
| 68 | 68,264 | 0.87788 | 59,928 | 1,499,910 |
| 69 | 68,264 | 0.87218 | 59,539 | 1,559,449 |
|    | 1,369,039 |       | 1,272,406 |  |
|    | **1,656,082** |    | **1,559,449** |  |

(Table 3)

# Present Value of Difference in Earnings (Future Inflation)

| Age | Difference in Earnings (Future Inflation) | Nominal Discount Factor | Present Value of Difference in Earnings | Cumulative Present Value of Difference in Earnings |
|---|---|---|---|---|
| 43 | 7,487 | 1.00000 | 7,487 | 7,487 |
| 44 | 58,686 | 1.00000 | 58,686 | 66,173 |
| 45 | 54,336 | 1.00000 | 54,336 | 120,508 |
| 46 | 52,555 | 1.00000 | 52,555 | 173,064 |
| 47 | 54,329 | 1.00000 | 54,329 | 227,393 |
| 48 | 59,650 | 1.00000 | 59,650 | 287,042 |
|    | 287,042 |  | 287,042 |  |
| 49 | 57,319 | 0.96457 | 55,288 | 342,331 |
| 50 | 59,039 | 0.93040 | 54,930 | 397,261 |
| 51 | 60,810 | 0.89744 | 54,573 | 451,834 |
| 52 | 69,330 | 0.86564 | 60,015 | 511,849 |
| 53 | 71,410 | 0.83497 | 59,626 | 571,475 |
| 54 | 73,553 | 0.80539 | 59,239 | 630,714 |
| 55 | 75,759 | 0.77686 | 58,854 | 689,568 |
| 56 | 86,475 | 0.74934 | 64,799 | 754,366 |
| 57 | 89,069 | 0.72279 | 64,378 | 818,744 |
| 58 | 91,741 | 0.69718 | 63,960 | 882,704 |
| 59 | 94,493 | 0.67248 | 63,545 | 946,249 |
| 60 | 97,328 | 0.64866 | 63,132 | 1,009,382 |
| 61 | 100,248 | 0.62568 | 62,723 | 1,072,104 |
| 62 | 103,255 | 0.60351 | 62,316 | 1,134,420 |
| 63 | 106,353 | 0.58213 | 61,911 | 1,196,331 |
| 64 | 109,543 | 0.56151 | 61,509 | 1,257,840 |
| 65 | 112,830 | 0.54161 | 61,110 | 1,318,950 |
| 66 | 116,215 | 0.52242 | 60,713 | 1,379,663 |
| 67 | 119,701 | 0.50392 | 60,319 | 1,439,982 |
| 68 | 123,292 | 0.48606 | 59,928 | 1,499,910 |
| 69 | 126,991 | 0.46884 | 59,539 | 1,559,449 |
|    | 1,534,486 |  | 1,272,406 |  |
|    | **1,821,528** |  | **1,559,449** |  |

CURRICULUM VITAE

# Gary R. Albrecht, Ph.D.

*CONTACT INFORMATION:*

    Mailing Address:
      1817 Georgia Ave.
      Winston-Salem, North Carolina  27104

    Telephone:
      North Carolina (336) 727-9435
      Florida (941) 346-8529

    Facsimile:
      (336) 722-9452

    Electronic Mail:
      Albrecht@AlbrechtEconomics.com

*AREAS OF RESEARCH INTEREST*:

    Forensic Economics
    Economic Forecasting
    Applied Econometrics

*EDUCATION:*

    Ph.D., Economics, Indiana University, 1986
    M.A., Economics, Indiana University, 1978
    B.A., Economics and Philosophy, Tulane University, 1974

*EMPLOYMENT:*

1988-
    President of Albrecht Economics

1990-1999
    Adjunct Associate Professor, Department of Economics, Wake Forest University

1987-1989
> Assistant Professor, Department of Economics, Wake Forest University

1984-1987
> Director of Econometric Modeling and Research Scientist, Institute for Public Policy and Business Research, University of Kansas, Lawrence, Kansas. Main responsibility was the design and development of an econometric forecasting model for the state of Kansas. Other responsibilities included supervising impact studies, writing quarterly outlook monographs for publication in the *Kansas Business Review*, and, serving on the editorial board for the *Review*.

1978-1984
> Research Associate, Division of Research, School of Business, Indiana University, Bloomington, Indiana. Responsibilities included the development of and forecasting with state and sub-state econometric models, and, assistance in the generation of forecasts with a national econometric model.

1980-1981
> Lecturer, School of Business, Indiana University, Bloomington, Indiana

1976-1978
> Associate Instructor, Department of Economics, Indiana University, Bloomington, Indiana

## *SERVICE TO THE PROFESSION*

2007-2010
> Vice President and Member of the Board of Directors, National Association of Forensic Economics

1999-2003
> CEO of Society of Litigation Economists, a not-for-profit organization dedicated to insuring high standards in the application of economic principles to valuations. The membership of the Society of Litigation Economists is limited to economists who have demonstrated a high level of expertise in forensic economics.

1991-Present
> Referee, *Journal of Forensic Economics*

1991-Present
> Referee, *Journal of Legal Economics*

*COURSES TAUGHT:*

    Econometrics
    Economic Forecasting
    Introductory Economics
    Regional Economics
    Statistics
    Microeconomics


*PUBLICATIONS:*

"The U.S. Approach to Computing Economic Damages Due to Personal Injury and Wrongful Death," (with Kurt V. Krueger) in *Personal Injury and Wrongful Death Damages Calculations: Transatlantic Dialogue*, John O. Ward and Robert J. Thornton, ed., Emerald Books, 2009, pp. 193-232.

"The Present Value of Lost Financial Support Due to Wrongful Death," (with Kurt V. Krueger) *Journal of Legal Economics*, Vol. XV, No. 1, August 2008, pp. 35-42.

"A Review of the Economic Foundations of Earnings and Discounting Theories Used in Forensic Economics," (with Kurt V. Krueger) *The Earnings Analyst*, Volume IX , Spring 2007, pp. 1-34.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of North Carolina," (with George A. Schieren) *Journal of Forensic Economics*, Vol. XIX, No. 1, Winter 2006, pp. 89-101.

"Introduction to the Whole-time Concept," (with Kurt V. Krueger and John O. Ward) *Journal of Forensic Economics*, Vol. XIV, No. 1, Winter 2001, pp. 3-8.

"It's About Time: The Forensic Economic Evaluation," (with Kurt V. Krueger and John O. Ward) *Journal of Forensic Economics*, Vol. XI, No. 3, Fall 1998, pp. 203-213.

"Risk and Damage Awards: Short-Term Bonds Vs. Long-Term Bonds," *Journal of Legal Economics,* Vol. 7, No.1, Spring/Summer 1997, pp. 48-54.

"The Need to Use Risk-Free Discount Rates," *Journal of Legal Economics,* Vol. 7, No.1, Spring/Summer 1997, pp. 92-95.

3

"Economic Valuation of Life: A Cumulative Approach," in *The New Hedonics Primer for Economists and Attorneys*, 2nd Edition, John O. Ward, ed., Tucson, Arizona; Lawyers & Judges Publishing Co. 1996, pp. 171-175.

*Journal of Forensic Economics*, Volume VII, No. 3, Gary R. Albrecht, editor. Includes "Modeling Taxes in Personal Injury and Wrongful Death Award Calculations," pp. 1-4.

"The Application of the Hedonic Damages Concept to Wrongful Death and Personal Injury Litigation," *Journal of Forensic Economics*, Volume VII, No. 2, Spring/Summer 1994, pp. 143-150.

"Compensatory Damages and the Appropriate Discount Rate: Comment," *Journal of Forensic Economics*, Volume VI, No. 3, Fall 1993, pp. 271-272.

"The Role of Productivity and Prices in Forecasting Wage Rates," (with Kurt V. Krueger) *Journal of Forensic Economics*, Volume V, No. 3, Fall 1992, pp. 187-195.

"Issues Affecting the Calculated Value of Life," *Journal of Forensic Economics*, Volume V, No. 2, Spring/Summer 1992, pp. 97-104, and in *A Hedonics Primer for Economists and Attorneys*, John O. Ward, ed., Tucson, Arizona; Lawyers & Judges Publishing Co. 1992, pp. 197-205.

"Calculating the Value of a Closely Held Firm," *Journal of Legal Economics*, Volume 1, No. 3, December 1991, pp. 1-4.

"Calculating the Lost Pleasure of Life Due to Injury," *TrialBriefs*, Volume 23, No. 3, Third Quarter, 1991, pp. 16-17.

"Forecasting the Earnings of a Partially Disabled Individual," *Journal of Legal Economics*, Volume 1, No. 2, July 1991, pp. 50-57.

"The Valuation of a Closely Held Firm," *Trial Briefs*, Volume 22, No. 4, Fourth Quarter, 1990, pp. 37-39.

"The Valuation of a Closely Held Firm: Comment," *Journal of Forensic Economics*, Volume 3, No. 1, December, 1989, pp. 65-68.

"On the Derivation and Consistent Use of Growth and Discount Rates for Future Earnings," (with John C. Moorhouse), *Journal of Forensic Economics*, Volume 2, No. 3, August, 1989, pp. 95-102.

4

"The Kansas Economy," (with Anthony Redwood), in H. Flentje ed., *Kansas Policy Choices*, Lawrence, Kansas: University of Kansas Press, 1986.

"An Economic Perspective of Rate Suppression Legislation," (with Douglas Houston and Anthony Redwood), *Kansas Law Review*, Volume 33, No. 3, 1985.

"Kansas Exports and Economic Development," (with Shirley Sicilian and Kurt Krueger), *Kansas Business Review*, Fall, 1985.

"The Kansas Econometric Forecasting Model," *Kansas Business Review*, Fall, 1985.

"Long-Term Structural Changes in the Kansas Economy," (with Anthony Redwood and Daniel Petree), *Kansas Business Review*, Winter, 1984-1985.

"An Introduction to the Econometric Model of Indiana," (with R. L. Pfister), *Indiana Business Review*, February, 1981.

"Testing for Causality in Regional Econometric Models," (with R. Jeffery Green), *International Regional Science Review*, Winter, 1979.

## *ACADEMIC PAPER PRESENTATIONS:*

"Scheduled Economic Damages and Tort Reform in the United States," (with John O. Ward and Kurt V. Krueger) Allied Social Science Association Annual Meetings: National Association of Forensic Economics National Meetings. Chicago, IL, January 2007.

"Scheduled Damages and Tort Reform: An International Analysis and a Proposal for Consideration in the United States," (with Kurt V. Krueger and John O. Ward) NAFE 2006 International Meetings. Florence, Italy, May 2006.

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of North Carolina," (with George A. Schieren) Annual Meeting: Western Economic International Association. San Francisco, CA, July 2005.

"A Primer on Earnings Growth and Discounting," (with Kurt V. Krueger) Annual Meeting: Southern Economic Association. New Orleans, LA, November 2004.

"Eunomic Damage Analysis," (with Kurt V. Krueger and John O. Ward) American Social Science Association Annual Meeting: American Economic Association Annual Meeting. Atlanta, GA, January 2002.

5

"Estimating Economic Damages as a Result of Diminished Productivity in Work and Non-Work Time," (with Kurt V. Krueger and John O. Ward) Annual Western Economic Association Annual Conference, San Diego, CA, July 1977.

"The Objective Science of Forensic Economics," presented at the Sixty-Eighth Annual Western Economic Association Conference, Lake Tahoe, June 22, 1993.

"Proof that Saving with Short-Term Bonds Minimizes Purchasing Power Fluctuation Risk," presented at the American Economic Association Conference, New Orleans, January 4, 1992.

"Income Taxes and Economic Loss Calculations," (with Kurt V. Krueger) presented at the Sixty-Sixth Annual Western Economic Association Conference, Seattle, June 30, 1991.

"The Adequacy of Proxy Variables in Forecasting Wage Rates," presented at the Sixty-Fifth Annual Western Economic Association Conference, San Diego, June 30, 1990.

"A Short-Run Employment Function When Adjustment Costs are Linear," presented at the Sixty-First Annual Western Economic Association Conference, San Francisco, July, 1986.

"Choosing Among Forecasted National Variables for Use as Inputs Into Regional Forecasting Models," (with R. Jeffery Green), presented at the Twenty-Seventh Annual Mountain-Plains Economic Conference, 1985.

*WORKING PAPER:*

"The Kansas Econometric Model," Institute for Public Policy and Business Research, The University of Kansas, July, 1987.

*AFFILIATIONS:*

American Academy of Economic and Financial Experts
American Economic Association
National Association of Forensic Economics

6

Case 1:12-cv-00375-CCE-LPA   Document 48-2   Filed 03/14/17   Page 12 of 12